

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00271-CV

Mihail Chrissos a/k/a Mihail Chryssos and Maria Chrissos a/k/a Maria Chryssos
v.
PlainsCapital Bank

On Appeal from the
105th District Court of Nueces County, Texas
Trial Court Cause No. 2018DCV-5967-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

December 8, 2022